7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In Re:** Cory D. Stout and Lacey D. Stout (TRNSFD TO SOUTHERN DIV)
**Debtor**

**RCB Bank**
    Plaintiff(s)

v.

**Cory D. Stout**
**Lacey D. Stout**
    Defendant(s)

**Bankruptcy Case No.**
12–30971–abf7

**Adversary Case No.**
13–06022–abf

# JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

**IT IS ORDERED AND ADJUDGED**: Judgment in favor of Debtor–Defendants Cory D. Stout and Lacey D. Stout. Each party to bear its own costs.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

                                        Ann Thompson
                                        Court Executive

                                        By: /s/ Dawn Evilsizer
                                            Deputy Clerk

Date of issuance: 8/23/13

Court to serve